In the Matter of GORDON R. FELLOWS et al., Respondents, against EDWARD CORSI, as Industrial Commissioner, et al., Appellants.—

Foster, P. J., Bergan, Halpern and Zeller, JJ., concur.